UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CITY OF ANN ARBOR EMPLOYEES'
RETIREMENT SYSTEM, Individually and
on behalf of all others similarly situated,

                                                  MEMORANDUM AND ORDER

            Plaintiffs,                                CV 08-1418

      -against-                                    (Wexler, J.)

CITIGROUP MORTGAGE LOAN
TRUST INC., et al.,

            Defendants.
-----------------------------------------------------------X
APPEARANCES:

       COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP
       BY: DAVID A. ROSENFELD, ESQ.
       Attorneys for Plaintiffs
       58 South Service Road, Suite 200
       Melville, New York 11747

       CLEARLY GOTTLEIB STEEN & HAMILTON LLP
       BY: LAWRENCE FRIEDMAN, ESQ.
       Attorneys for Defendants
       One Liberty Plaza
       New York, New York 10006

WEXLER, District Judge

      This is a class action alleging violation of Sections 11 and 15 of the Securities Act of 1933. Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, E. Thomas Boyle. The R&R addresses the application of Plaintiffs City of Ann Arbor Employees' Retirement System and Greater Kansas City Laborers Pension Fund to be appointed as co-lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995

1

("PSLRA") and the have their selection of Coughlin Stoia Geller Rudman & Robbins LLP be appointed as lead counsel for the class. The R&R recommends that Plaintiffs' motions be granted in all respects.

The R&R is dated March 9, 2009, and any objections thereto were to be filed by March 23, 2009. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. City of Ann Arbor Employees' Retirement System and Greater Kansas City Laborers Pension Fund are hereby appointed as co-lead Plaintiffs, and the law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed as lead counsel for the class. The Clerk of the Court is directed to terminate the motions that are the subject of the R&R.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       March 26, 2009