**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Keith F. Park
KeithP@rgrdlaw.com
Direct Dial: 619/338-4553

August 21, 2012

<u>VIA ECF AND FEDERAL EXPRESS</u>

The Honorable Leonard D. Wexler
United States District Judge
United States District Court for the
  Eastern District of New York
944 Federal Plaza
Central Islip, NY  11722

Re: *City of Ann Arbor Employees' Retirement System, et al. v. Citigroup Mortgage Loan Trust Inc., et al.*, Civil Action No. 08-CV-01418

Dear Judge Wexler:

The parties are pleased to advise the Court that a definitive settlement agreement to resolve the litigation has been finalized and executed. Accordingly, Lead Plaintiffs City of Ann Arbor Employees' Retirement System and Greater Kansas City Laborers Pension Fund request permission to file their Unopposed Motion for (1) Preliminary Approval of Settlement, (2) Certification of the Class for Purposes of Settlement, (3) Approval of Notice to the Class, and (4) Scheduling of a Final Approval Hearing. Defendants will not oppose the motion and will not submit briefing.

Respectfully submitted,

*/s/ Keith F. Park*

KEITH F. PARK

KFP:dlm
cc:    All Counsel of Record (via ECF)

752191_1

655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    www.rgrdlaw.com

