UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CITY OF ANN ARBOR EMPLOYEES'       :  Civil Action No. 08-CV-01418
RETIREMENT SYSTEM, et al., Individually  :
and On Behalf of All Others Similarly Situated, :  CLASS ACTION
                                                                :
                            Plaintiffs,            :  NOTICE OF LEAD PLAINTIFFS'
                                                                :  UNOPPOSED MOTION FOR: (1)
           vs.                                         :  PRELIMINARY APPROVAL OF
                                                                :  SETTLEMENT, (2) CERTIFICATION OF
CITIGROUP MORTGAGE LOAN TRUST  :  THE CLASS FOR PURPOSES OF
INC., et al.                                          :  SETTLEMENT, (3) APPROVAL OF
                                                                :  NOTICE TO THE CLASS, AND (4)
                           Defendants.          :  SCHEDULING OF A FINAL APPROVAL
                                                                :  HEARING
---------------------------------------------------------- x

752039_1

PLEASE TAKE NOTICE that the City of Ann Arbor Employees' Retirement System and Greater Kansas City Laborers Pension Fund (collective, "Lead Plaintiffs"), through their counsel, hereby move this Court before the Honorable Leonard D. Wexler, United States District Judge, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: preliminarily approving the proposed class action settlement; certifying the Settlement Class for settlement purposes only; approving the proposed forms of the Notice of Pendency of Class Action and Proposed Settlement and Final Approval Hearing and the Summary Notice of Pendency of Class Action and Proposed Settlement and Final Approval Hearing; approving the proposed methods of disseminating notice; approving Gilardi & Co. LLC as Claims Administrator; setting a date for the Final Approval Hearing; and such other and further relief as the Court deems just and proper. Defendants do not oppose this motion.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs submit herewith Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for: (1) Preliminary Approval of Settlement, (2) Certification of the Class for Purposes of Settlement, (3) Approval of Notice to the Class, and (4) Scheduling a Final Approval Hearing; the accompanying Declaration of Thomas E. Egler, dated August 24, 2012, with annexed exhibits; and the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, with annexed exhibits.

DATED: August 27, 2012          Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                           SAMUEL H. RUDMAN
                                           DAVID A. ROSENFELD
                                           58 South Service Road, Suite 200
                                           Melville, NY 11747
                                           Telephone: 631/367-7100
                                           631/367-1173 (fax)

752039_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
KEITH F. PARK
THOMAS E. EGLER
JONAH H. GOLDSTEIN
SCOTT H. SAHAM
SUSAN G. TAYLOR
RYAN A. LLORENS
NATHAN R. LINDELL
IVY T. NGO
L. DANA MARTINDALE


             s/ Arthur C. Leahy
     ─────────────────────────────────
             ARTHUR C. LEAHY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

752039_1